85 A.3d 480

**COMMONWEALTH of Pennsylvania ex rel, Rodney McCLINTON, Appellant**

v.

**Jerome W. WALSH, Superintendent at S.C.I. Dallas, Mrs. Kimberly A. Barkley, Board Secretary, Mr. Edward M. Marsico, Jr., District Attorney of Dauphin, County, Appellees.**

Supreme Court of Pennsylvania.

Feb. 18, 2014.

*ORDER*

PER CURIAM.

**AND NOW,** this 18th day of February, 2014, the order of the Commonwealth Court is **AFFIRMED.**